Case 2:18-mj-00193 Document 1 Filed on 02/16/18 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED

FEB 16 2018

David J. Bradley, Clerk of Court

A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Regulorio Aroldo HERNANDEZ**

**CRIMINAL COMPLAINT**

Case Number: 2:18mj 193

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 15, 2018** in **Kenedy** County, in the
(Date)
Southern District of Texas defendant, **Regulorio Aroldo HERNANDEZ** a native and citizen of **Guatemala**, and an alien who had been previously deported from the United States was found unlawfully within the United States in **Kenedy** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following Facts:
Official Title

On February 15, 2018, Regulorio Aroldo HERNANDEZ was encountered while walking in the brush attempting to circumvent the Sarita, Texas Border Patrol Checkpoint. Border Patrol Agents determined HERNANDEZ to be a citizen and national of Guatemala without any immigration documents to be or remain in the United States legally. Record checks revealed HERNANDEZ was ordered removed by a Designated Official on June 15, 2016 and was then physically removed from the United States to Guatemala on July 27, 2016 via Phoenix, Arizona. Record checks further revealed HERNANDEZ has several removals and three convictions for Illegal Entry. HERNANDEZ stated he last entered the United States illegally on or about February 7, 2018 near Hidalgo, Texas. At this time, there is no evidence to indicate HERNANDEZ has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV Prosecutions North presented the facts to AUSA Mark Patterson who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Sworn to before me and signed in my presence, and probable cause found on:

**February 16, 2018**
Date
**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

**Carlos E. Rodriguez**
Printed Name of Complainant

**Corpus Christi, Texas**
City and State

Signature of Judicial Officer